**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01146-CR

**JOSEPH WAYNE HUNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-56295-R

## ORDER

The State's September 14, 2015 motion for extension of time to file the State's brief is

**GRANTED**.  The State's brief received by the Clerk of the Court on September 14, 2015 is

**DEEMED** timely filed on the date of this order.

/s/     LANA MYERS
JUSTICE